**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1095

DAVID L. BABB,

                                    Plaintiff - Appellant,

          versus

BODDIE-NOELL ENTERPRISES, INCORPORATED, d/b/a
Hardee's,

                                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-98-38-R)

Submitted:  August 17, 1999      Decided:  September 2, 1999

Before WILLIAMS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

F. Rodney Fitzpatrick, Roanoke, Virginia, for Appellant.  Melissa Walker Robinson, Cathleen Kailani Memmer, GENTRY, LOCKE, RAKES & MOORE, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David L. Babb appeals the district court's order granting Appellee's motion for summary judgment in this negligence action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Babb v. Boddie-Noell Enters., No. CA-98-38-R (W.D. Va. Dec. 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED